FILED

07/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0276

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 21-0276

| | |
|---|---|
| Twin Creeks Farm & Ranch LLC, <br> *Claimant and Appellant* <br> vs. <br><br> Petrolia Irrigation District; Twin Creeks Farm & Ranch LLC; Daniel W. Iverson <br> *Objectors and Appellees* <br><br> Daniel W. Iverson; Wilks Ranch Montana LTD <br> *Notice of Intent to Appear* | **GRANT OF EXTENSION** |

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 30, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 23 2021